Entered on Docket
April 08, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-4 Home Equity Pass-Through Certificates, Series 2006-4
10-70563

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-34123-mkn |
|---|---|
| Lourdes Damian and Amos Damian | Date: 3/17/10<br>Time: 1:30pm |
| | Chapter 7 |
| Debtors. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-4 Home Equity Pass-Through Certificates, Series 2006-4, its assignees and/or successors in interest, of the subject property, generally described as 5857 Stateline Way, Las Vegas, NV 89110, and legally described as follows:

>LOT ONE (1) IN BLOCK THREE (3), OF DAYBREAK - UNIT NO. I, AS SHOWN BY MAP THEREOF ON FILE IN 1IOOK 32 OF PLATS, PAGE 14 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA

Submitted by:

**WILDE & ASSOCIATES**

By: _____ #10099
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
pro se
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Yvette Weinstein
Chapter 7 Trustee

1 | In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2 | ____ The court waived the requirements of LR 9021.
  | ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3 | ____ No parties appeared or filed written objections, and the trustee is the movant.
  | _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4 | copy of this proposed order to all counsel who appeared at the hearing, and any trustee
  | appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5 | approved or disapproved the order, or failed to respond, as indicated below:

6

Debtor's counsel:
7 | ____ approved the form of this order         ____ disapproved the form of this order
  | ____ waived the right to review the order and/or   _x_ failed to respond to the document
8 | ____ appeared at the hearing, waived the right to review the order
9 | ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
10 | ____ approved the form of this order         ____ disapproved the form of this order
   | ____ waived the right to review the order and/or   _x_ failed to respond to the document
11

12 | ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13 | counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
   | parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14 | respond, as indicated below.

15 Debtor's counsel:
16 | ____ approved the form of this order         ____ disapproved the form of this order
   | ____ waived the right to review the order and/or   ____ failed to respond to the document
17 | ____ appeared at the hearing, waived the right to review the order
18 | ____ matter unopposed, did not appear at the hearing, waived the right to review the order

19 Trustee:
20 | ____ approved the form of this order         ____ disapproved the form of this order
   | ____ waived the right to review the order and/or   ____ failed to respond to the document
21

22 | ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
   | written objection.

23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26